AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**UNDER SEAL**

United States of America
v.
TENGIZ SYDKOV

Case No. 1:18-MJ-91

FILED
FEB 2 2 2018

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July of 2017 to Present__ in the county of __Alexandria, VA__ in the __Eastern__ District of __Virginia and elsewhere__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| | 22 U.S.C. § 2778(b)(2) and (c) (AECA), 22 CFR 127.1 (International Traffic in Arms Regulations), and 18 U.S.C. § 554 (Conspiracy to Smuggle Goods from the United States), 18 U.S.C. § 371 (Conspiracy), §1343 (Wire Fraud), §1344 (Bank Fraud), § 1349 (Conspiracy to Commit Wire and Bank Fraud), and §§ 1956 and 1957 (Money Laundering). |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
AUSA Ronald L. Walutes, Jr.

*Complainant's signature*
Michael Gruchacz
U.S. Department of Homeland Security
*Printed name and title*

Sworn to before me and signed in my presence.

/s/
Michael S. Nachmanoff
United States Magistrate Judge
*Judge's signature*

Date: 02/22/2018

City and state: Alexandria, Virginia

Hon. Michael Nachmanoff, U.S. Magistrate Judge
*Printed name and title*